WILLIAM L. OSTERHOUDT, ESQ. (SBN 043021)
DOLORES OSTERHOUDT, ESQ. (SBN 215537)
LAW OFFICE OF WILLIAM OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: 415-664-4600
Fax: 415-664-4691

Attorneys for Defendant
SERGE IVANOV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br>  v. )<br>  )<br>SERGE IVANOV, and )<br>MICHAEL SOLOVEY, )<br>  a/k/a Robert Stein )<br>  )<br>    Defendants. )<br>  ) | No. CR 04 - 0310 CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING**<br>**SENTENCING HEARING** |

   IT IS HEREBY STIPULATED by and between the Government and defendants Michael Solovey and Serge Ivanov, by and through their attorneys of record, that the sentencing date in the above entitled matters should be continued from July 26, 2006 to August 2, 2006. The reason for this continuance is that Michael Nasatir, Esq., lead counsel for defendant Ivanov, will be unavailable on July 26, 2006, due to an unforeseen conflict with a matter pending before the United States District Court for the Central District of California. Under these circumstances, defendant Ivanov respectfully requests a one week continuance to August 2, 2006, so that Mr. Nasatir can appear on his behalf.

**IT IS SO STIPULATED.**

DATED: July 10, 2006

No. CR 04 - 0310 CRB
STIPULATION

```
 1
 2
 3                                          /s/ Stacy P. Geis
                                            STACEY P. GEIS
 4                                          Assistant United States Attorney
 5                                          /s/ Ted Cassman
                                            TED CASSMAN, Esq.
 6                                          Counsel for Michael Solovey
 7
                                            /s/ William L. Osterhoudt
 8                                          WILLIAM L. OSTERHOUDT, Esq.
                                            Local Counsel for Serge Ivanov
 9
10
    IT IS SO ORDERED.
11
12  DATED:    July 12, 2006
13                                          _____
                                            HONORABLE CHARLES R. BREYER
14                                          United States District Court
```

