

1  TED W. CASSMAN (SBN 98932)
   ARGUEDAS, CASSMAN & HEADLEY, LLP
2  5900 Hollis Street, Suite N
   Emeryville, California 94608
3  Telephone: 510/654-2000

4  Attorneys for Defendant
   MICHAEL SOLOVEY
5

6

7                 UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10

11  THE UNITED STATES OF AMERICA,          NO. CR 04-0310 CRB
                                           NO. CR 05-0765 CRB
12            Plaintiff,

13  v.                                     STIPULATION AND ORDER
                                           [PROPOSED] CONTINUING
14  MICHAEL SOLOVEY,                       SENTENCING HEARING

15

16                      Defendant.
    _____/

17

18        It is hereby stipulated by and between the government and defendants

    MICHAEL SOLOVEY and SERGEI IVANOV, by and through their attorneys of record,
19
    that the sentencing date in the above-entitled matters should be continued from August
20
    2, 2006 to September 13, 2006 at 2:15 p.m. to give counsel and probation sufficient
21
    time to review relevant documents.
22
    Dated: July 25, 2006
23

24

25                        TED W. CASSMAN, for defendant
                          MICHAEL SOLOVEY
26

                                    1

Dated: July 25, 2006

_____
WILLIAM OSTERHOUDT, for defendant
SERGEI IVANOV

Dated: July 25 2006

_____
STACEY GEIS, Assistant U.S.
Attorney

## ORDER

It is so ordered.

Dated: July 26, 2006

_____
CHARLES R. BREYER, United States
District Court Judge

IT IS SO ORDERED

Judge Charles R. Breyer

2