RECEIVED

06 AUG 30 PM 3: 15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. 04-0310-01 CRB |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] STIPULATION AND ORDER CONTINUING SENTENCING TO ALLOW FOR SUBSTITUTION OF COUNSEL |
| vs. | ) |
| SERGE IVANOV, | ) |
| Defendants | ) |

Defendant Serge Ivanov seeks to substitute counsel of choice to represent him through sentencing in this matter. All parties are agreeable to a continuance of this matter to allow for substitution of counsel, and for new counsel to properly prepare to represent defendant Ivanov in this somewhat complex case.

Accordingly, good cause appearing, and the parties having stipulated thereto, IT IS HEREBY ORDERED, that sentencing in this matter, currently scheduled for September 13, 2006, is continued until December 13, 2006 at 2:15 p.m..

Stipulation and Order Continuing Sentencing To Allow
for Substitution of Counsel

- 1 -

SO STIPULATED:

Dated: 8/30/06

STACEY P. GEIS/SUSAN E. BADGER
ASSISTANT UNITED STATES ATTORNEYS

Dated: 8/25/06

GEORGE J. COTSIRILOS, JR.
COTSIRILOS & CAMPISANO, LLP
ATTORNEYS FOR DEFENDANT IVANOV

IT IS SO ORDERED.

Dated: Sept. 6, 2006

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Stipulation and Order Continuing Sentencing To Allow
for Substitution of Counsel

- 2 -